UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

    v.                                                            Case No. 25-cv-167-JL-AJ

NH Department of Motor Vehicles, et. al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 22, 2025.

_____
Joseph N. Laplante
United States District Judge

Date: June 5, 2025

cc: Josephine Amatucci, pro se